# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com

| | |
|---|---|
| THOMAS J. SPELLMAN, JR. | ANDRE N. POULIS |
| WILLIAM J. BARRETT | KENNETH M. SEIDELL |
| KEVIN M. SPELLMAN | JOHN M. SHIELDS |
| JELTJE de JONG | |
| FRANCIS J. TIERNEY | STEPHAN D. TRACE |
| DAVID S. PALLAI | KELLY E. WRIGHT |
| JOHN M. DENBY | NICHOLAS M. BRINO |
| DAVID H. ARNTSEN | CHARLES W. BORGHARDT |
| | JOSHUA S. SHTEIERMAN |
| _Retired_ | _Of Counsel_ |
| JOSEPH P. DEVITT | THOMAS SICA |
| | STEFANIE AFFRONTI |
| | DEBORAH C. ZACHARY |

November 26, 2012

Via ECF

Hon. Magistrate Judge Gary R. Brown
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York   11722-9014

      Re:    White v. Town of Southampton, et al.
              Docket No. CV10-5738 (ADS) (GRB)

Honorable Magistrate Judge Brown:

We are the attorneys for the defendants in the referenced matter. We write jointly with plaintiff's counsel to request a conference in order to seek to resolve what appears to be an impasse in our settlement discussions.  We are available at the Court's convenience, though the undersigned will not be available from December 21st through January 1st.

The Court's consideration of this matter is greatly appreciated.

                            Respectfully submitted,

                            DEVITT SPELLMAN BARRETT, LLP

                            /S/

                            David H. Arntsen

DHA:eo'r
cc (via ECF):
Frederick K. Brewington, Esq.
Attorney for Plaintiff