| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>    U.S. MAGISTRATE JUDGE | DATE: 12/20/2012<br>TIME:  10:00 AM |

CASE:  **CV 10-5738 (ADS) (GRB)** White v. Town of Southampton

TYPE OF CONFERENCE: Settlement Conference

APPEARANCES:    Gregory Calliste

David Arntsen

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for __ in courtroom 840 of the Long Island Courthouse.

  ☐ Clients or persons with full settlement authority must attend in person.

  ☐ Prior to the conference, each party shall fax a brief, 1-2 page *ex parte* settlement position statement to chambers at (631) 712-5705.  These statements must specify the terms on which the party is willing to settle the case, whether those terms are negotiable, and an explanation of that position.  As these statements will be treated as confidential and will not be docketed, they should include a realistic statement of the party's settlement position.

☐ Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: The parties are to file a stipulation of discontinuance by 1/30/2013.

SO ORDERED

 /s/ Gary R. Brown          
GARY R. BROWN
United States Magistrate Judge